GERTRUDE STERNFELD, Suing on Behalf of Herself and All Other Stockholders of Toxaway Tanning Company Similarly Situated, Respondent, v. TRANSYLVANIA TANNING COMPANY et al., Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

SAMUEL DIFALCO, as Trustee in Bankruptcy of Laconia Construction Co., Inc., Respondent, v. WILLIAM MACCHIO et al., Defendants, and COASTAL EQUIPMENT Co., INC., Defendant-Appellant.— Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JANET E. REICHMAN, Respondent, v. MILTON BRUENN, Appellant.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JANET E. REICHMAN, Respondent, v. MILTON BRUENN, Appellant.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

MARGARET M. DAVIS, Respondent, v. VINCENT FROATZ et al., Appellants.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN J. DARRAUGH et al., as Stockholders of Hearst Consolidated Publications, Inc., Suing on Their Own Behalf and on Behalf of Stockholders Similarly Situated, Respondents, and CHARLES A. CROWNSHIELD et al., Interveners, Respondents, v. RICHARD A. CARRINGTON, JR., et al., Defendants, and CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., Defendants-Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

BELLE B. ABRAHAMS, as Executrix of MAURICE ABRAHAMS, Deceased, and on Behalf of All Stockholders of Rogers Silverware Redemption Bureau, Inc., v. SOLOMON KARP et al., Impleaded with Others.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

NATHAN I. SINGER v. BRUNER-RITTER, INC.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

DOROTHEA FOLSER v. SAMUEL BROWN et al., Impleaded with Others.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

HANNAH HOULIHAN v. BENJAMIN SELENGUT et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

In the Matter of LUIGI CRISCUOLO against A. HOLLANDER & SON, INC., et al., Impleaded with MANUFACTURERS TRUST COMPANY.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.